**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Sylvia Marte,<br><br>*Debtor*. | Case No. 26-14279-DJB<br>Chapter 13 |

**CERTIFICATION OF SERVICE**

I, Michael A. Cibik, certify that on October 16, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: October 16, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

## Method of Service - First Class Mail

**American Honda Finance**
P.O. Box 168128
Irving, TX 75016-8128

**Barclays Bank Delaware**
Attn: Bankruptcy
PO Box 8801
Wilmington, DE 19899-8801

**Capital One**
AttN: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

**Chase Card Services**
Attn: Bankruptcy
PO Box 15299
Wilmington, DE 19850-5299

**Cherry Technologies Inc**
Attn: Bankruptcy
2261 Market Street #4869
San Francisco, CA 94114

**Citibank**
Attn : Bankruptcy Department
P.O. BOX 790046
ST. Louis, MO 63179-0046

**City of Philadelphia**
Law Tax and Revenue Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102

**Comenity Bank**
Bankruptcy Department
P.O. Box 182125
Columbus, OH 43218-2125

**Credit One Bank**
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113

**Cws/Cw Nexus**
Attn: Bankruptcy
Po Box 9201
Old Bethpage, NY 11804

**Discovercard**
Po Box 30939
Salt Lake City, UT 84130

**Finanta**
1301 N 2nd St
Philadelphia, PA 19122

**Goldman Sachs Bank Usa**
Attn: Bankruptcy
PO Box 70379
Philadelphia, PA 19176-0379

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**MacY's/ Dsnb**
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

**Members 1st Fcu**
Attn: Bankruptcy
PO Box 8893
Camp Hill, PA 17001

**PA Turnpike Toll By Plate**
Attn: Bankruptcy
P.O. Box 645631
Pittsburgh, PA 15264-5254

**PECO Energy Company**
Attn: Bankruptcy
2301 Market St
Philadelphia, PA 19103-1338

**Pennsylvania Dept. of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**PGW**
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

**Philadelphia Parking Authority**
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**Pnc Financial/Pnc Bank**
Attn: Bankruptcy
300Fifth Ave
Pittsburgh, PA 15222

**Synchrony Bank**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

**TD Bank, N.A.**
Attn: Bankruptcy
1701 Route 70 East
Cherry Hill, NJ 08003

**Tower Health**
420 S 5th Ave
Reading, PA 19611-2143

**Water Revenue Bureau**
c/o Pamela Elchert Thurmond
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617